```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 08543
    MATTHEW CLIFTON
    ROSETTA CLIFTON                         CHAPTER 13

                                                JUDGE: BRUCE W BLACK
        Debtor
    SSN XXX-XX-5870    SSN XXX-XX-1878

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/09/08 .

    2.  The case was dismissed without confirmation, 06/06/2008.

-----------------------------------------------------------------------------
CREDITOR NAME                   CLASS         CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                                   PAID             PAID
-----------------------------------------------------------------------------

       Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED         OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00            .00            .00
PRINCIPAL PAID        .00          .00          .00            .00            .00
INTEREST PAID         .00          .00          .00            .00            .00
TOTAL PAID            .00          .00          .00            .00            .00
The Debtor's attorney, GRAY & IDRIS PC                , was allowed $        .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .




       Dated: 09/10/08                   /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 08543 MATTHEW CLIFTON & ROSETTA CLIFTON
```